1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ERICKA S. DRYDEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:12-CV-05270-KLS<br><br><br><br>ORDER FOR REMAND |

   Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for Supplemental Security Income disability benefits under Title XVI of the Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   On remand, the Administrative Law Judge will be instructed to: (1) reevaluate the medical opinions of William Chalstrom, Ph.D., Jan Lewis, Ph.D., and Norma Brown, Ph.D., with appropriate rationale for weight given to each opinion; (2) consider the lay witness statement of Cindy Daily; (3) if necessary, reconsider the residual functional capacity, citing evidence in support of the assessed limitations; and (4) as appropriate, secure supplemental vocational expert

Page 1    ORDER FOR REMAND - [3:12-CV-05270-KLS]

testimony to clarify the effect of the assessed limitations on the claimant's occupational base.

DATED this 24th day of September, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov