1

2

3

4          IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
                    TACOMA DIVISION
5

6   ERICKA S. DRYDEN,                          Civil No. 3:12-CV-5270-KLS

7          Plaintiff,

8          v.                                  ORDER FOR ATTORNEY FEES
                                               PURSUANT TO 28 U.S.C. § 2412(D)
9   MICHAEL J. ASTRUE,
    Commissioner of Social Security,
10
           Defendant.
11

12          Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the

    amount of $4,814.25, and expenses in the amount of $19.20, for a total of $4,833.45, shall be
13
    awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).  If it is determined that Plaintiff's
14
    EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset
15
    Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be
16
    made payable to Christopher H. Dellert, based upon Plaintiff's assignment of these amounts to
17
    Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Christopher
18
    H. Dellert, at Dellert Baird Law Offices, PLLC, 9481 Bayshore Dr. NW, #203, Silverdale, WA,
19
    98383.
20
           Dated this 11th day of October, 2012.
21

22

23                                             Karen L. Strombom
                                               United States Magistrate Judge

Page 1      ORDER [3:12-CV-5270-KLS]

1

Presented by:

2

Christopher H. Dellert
3    Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
4    Silverdale, WA   98383
Telephone:  (360) 329-6968
5    FAX:  (360) 329-6968
Dellert.Law.Office@gmail.com
6    Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23